■ CARMEN BRITT, Individually and as Executor of LULA BAITY, Deceased, Appellant, v BUFFALO MUNICIPAL HOUSING AUTHORITY et al., Defendants, and NELDA LAWLER, M.D., et al., Respondents. (Appeal No. 2.) [51 NYS3d 456]—Appeal from an order of the Supreme Court, Erie County (Diane Y. Devlin, J.), entered June 7, 2016. The order, among other things, granted the motion of defendants Teresa Chau, M.D. and Nelda Lawler, M.D. to dismiss the 2004 action bearing Index No. I2004-9897, against them with prejudice.

It is hereby ordered that the order so appealed from is unanimously affirmed with costs. Present—Whalen, P.J., Smith, Centra, Troutman and Scudder, JJ.

■ CARMEN BRITT, Individually and as Executor of LULA BAITY, Deceased, Appellant, v BUFFALO MUNICIPAL HOUSING AUTHORITY et al., Defendants, and NELDA LAWLER, M.D., et al., Respondents. (Appeal No. 3.) [51 NYS3d 456]—Appeal from an order of the Supreme Court, Erie County (Diane Y. Devlin, J.), entered July 22, 2015. The order denied the motion of plaintiff for a default judgment against defendants Nelda Lawler, M.D., and Teresa Chau, M.D.

It is hereby ordered that said appeal is unanimously dismissed with costs (*see Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988 [1988]; *Chase Manhattan Bank, N.A. v Roberts & Roberts*, 63 AD2d 566, 567 [1978]; *see also* CPLR 5501 [a] [1]). Present—Whalen, P.J., Smith, Centra, Troutman and Scudder, JJ.